UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com

In Re:

Calandriello, Karen

**Order Filed on October 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 22-11793 |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 3, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on June 9, 2022                :

Property:        463 Maimie Drive, Brick, NJ 08723

Creditor:        Select Portfolio Servicing

and a Request for

[X]    Extension of the Loss Mitigation Period having been filed by  Attorney for Debtor            , and for good cause shown,

[ ]    Early Termination of the Loss Mitigation Period having been filed by                            , and for good cause shown,

It is hereby ORDERED that,

[X]    The Loss Mitigation Period is extended up to and including  December 23, 2022            .

[ ]    The Loss Mitigation Period is terminated, effective                                    .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 22-11793-MBK

Karen Calandriello                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                          Page 1 of 1

Date Rcvd: Oct 03, 2022                      Form ID: pdf903                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Karen Calandriello, 463 Mamie Dr, Brick, NJ 08723-6473 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2006-8 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel E. Straffi | on behalf of Debtor Karen Calandriello bkclient@straffilaw.com  G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2006-8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5