| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-11793 / MBK**

Karen Calandriello

Petition Filed Date: 03/07/2022
341 Hearing Date: 04/07/2022
Confirmation Date: 09/28/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2022 | $400.00 | 221 | 06/07/2022 | $400.00 | | 06/29/2022 | $400.00 | |
| 07/29/2022 | $400.00 | | 09/06/2022 | $400.00 | | 10/04/2022 | $400.00 | |
| 10/31/2022 | $400.00 | | 12/05/2022 | $400.00 | | 01/10/2023 | $400.00 | |
| 02/06/2023 | $400.00 | | 03/06/2023 | $400.00 | | | | |

**Total Receipts for the Period:  $4,400.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $4,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karen Calandriello | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,550.00 | $3,316.80 | $1,233.20 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2016-2017 TAX PERIODS | Priority Creditors | $3,894.28 | $0.00 | $3,894.28 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2015 TAX PERIOD + PENALTY | Unsecured Creditors | $3,209.85 | $0.00 | $3,209.85 |
| 3 | WELLS FARGO BANK, N.A.<br>»» 2009 GMC LIGHT DUTY ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF NEW YORK MELLON<br>»» P/463 MAMIE DR/1ST MTG/ORDER 8/3/22 | Mortgage Arrears | $414,994.19 | $0.00 | $414,994.19 |

**Chapter 13 Case No. 22-11793 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,400.00 | Plan Balance: | $19,600.00 ** |
| Paid to Claims: | $3,316.80 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $340.80 | Arrearages: | $400.00 |
| Funds on Hand: | $742.40 | Total Plan Base: | $24,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.