UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Karen Calandriello

Debtor(s)

Case No.: 22-11793 / MBK

Judge: Michael B. Kaplan

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 3/13/2025, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  3/13/2025

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Karen Calandriello<br>463 Mamie Dr<br>Brick, NJ   08723-6473 | Debtor(s) | Regular Mail |
| Daniel E. Straffi, Esq.<br>Straffi & Straffi<br>670 Commons Way, Bldg. 1<br>Toms River,  NJ   08755 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |