Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 22–11793–MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Karen Calandriello
    463 Mamie Dr
    Brick, NJ 08723–6473

Social Security No.:
    xxx–xx–4359

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/14/25 at 09:00 AM

to consider and act upon the following:

*60* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/27/2025. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/28/25

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court